Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Rd., Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendants,
COUNTY OF LOS ANGELES;
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT;
LOS ANGELES COUNTY DEPARTMENT OF
MENTAL HEALTH; TIGRAN GEVORKIAN, M.D.;
KIM R. GUY, M.D.; JONATHAN E. SHERIN, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ALARCIO, an incompetent adult, by and through his Guardian ad Litem, Rachel Alarcio; RACHEL ALARCIO; LIGAYA ALARCIO,<br><br>            Plaintiffs,<br>     vs.<br>COUNTY OF LOS ANGELES et al.,<br><br>            Defendants. | Case No.: 2:20-CV-00514 FMO-MRW<br><br>STIPULATED PROTECTIVE ORDER RE PLAINTIFF'S MEDICAL / BEHAVIORAL HEALTH RECORDS |

The parties, through their counsel of record, hereby stipulate to the following:

Whereas Plaintiff contends the medical and behavioral health records in the possession of the County of Los Angeles Correctional Health Services, and

Proposed Order - 1

booking records of Kyler Austin Gray in possession of the County of Los Angeles Sheriff's Department, are relevant to the within action due to Mr. Gray's involvement in the underlying incident;

Whereas the parties agree that certain federal statutes, including the Health Insurance Portability and Accountability Act may apply in this instance;

Whereas plaintiff has subpoenaed Kyler Austin Gray's medical and behavioral health records from the County of Los Angeles Department of Mental Health, and complied with the notice to consumer provisions applicable here;

Whereas the parties agree to maintain confidentiality of Mr. Gray's records as described above, and confine the use of said records to this lawsuit and deem them "confidential" and within the parameters of the Protective Order issued in this matter (Doc. 33);

In light of the foregoing, the County of Los Angeles is ordered to produce Mr. Gray's records as described herein.  In the event any of the mental health records come within the parameters of current case law which requires portions of said records be redacted, defendants will provide a detailed privilege log.

The Court further orders as follows:

DATED: August 21, 2020        _____

MICHAEL R. WILNER, U.S.M.J.