JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESLEY ALARCIO, et al., | ) | Case No. CV 20-0514 FMO (MRWx) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Having reviewed the docket in this case and pursuant to the Joint Notice of Conditional Settlement (Dkt. 154) and Stipulation of the Parties Re Dismissal of Action in its Entirety [] (Dkt. 169), IT IS ORDERED THAT all claims by Ligaya Alarcio, Rachel Alarcio, and Wesley Alarcio, an incompetent adult, by and through his guadian ad litem, are hereby **dismissed** from this action with prejudice.

Dated this 10th day of August, 2022.

/s/
Fernando M. Olguin
United States District Judge